Matter of Shagun R. (Rajesh R.) (2026 NY Slip Op 01520)

Matter of Shagun R. (Rajesh R.)

2026 NY Slip Op 01520

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
WILLIAM G. FORD
JAMES P. MCCORMACK, JJ.

2024-05607
 (Docket Nos. N-14490-17, N-14492-17, N-14493-17, N-14494-17)

[*1]In the Matter of Shagun R. (Anonymous). Administration for Children's Services, petitioner- respondent; Rajesh R. (Anonymous), appellant, et al., respondent. (Proceeding No. 1)
In the Matter of Dave R. (Anonymous). Administration for Children's Services, petitioner- respondent; Rajesh R. (Anonymous), appellant, et al., respondent. (Proceeding No. 2)
In the Matter of Vanamsha R. (Anonymous). Administration for Children's Services, petitioner- respondent; Rajesh R. (Anonymous), appellant, et al., respondent. (Proceeding No. 3)
In the Matter of Sia R. (Anonymous). Administration for Children's Services, petitioner- respondent; Rajesh R. (Anonymous), appellant, et al., respondent. (Proceeding No. 4)

Robert E. Silverberg, Forest Hills, NY, for appellant.
Steven Banks, Corporation Counsel, New York, NY (Melanie T. West and Elizabeth I. Freedman of counsel), for respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Andrew T. Ford of counsel), attorney for the children.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 10, the father appeals from an order of disposition of the Family Court, Queens County (Emily Ruben, J.), dated May 29, 2024. The order of disposition, insofar as appealed from, without a hearing, in effect, continued the children's placement with the petitioner and the Commissioner of Social Services of the City of New York.
ORDERED that the appeal from so much of the order of disposition as continued the [*2]placement of the child Shagun R. with the petitioner and the Commissioner of Social Services of the City of New York is dismissed as academic, without costs or disbursements; and it is further,
ORDERED that the order of disposition is affirmed insofar as reviewed, without costs or disbursements.
The appeal from so much of the order of disposition as continued the placement of the child Shagun R. with the petitioner and the Commissioner of Social Services of the City of New York must be dismissed as academic, as that child has since reached the age of 18 (see Matter of Phoenix E. P.-W. [Felicita P.], 225 AD3d 875, 876; Matter of Rhiannon D. [Dari L.], 215 AD3d 964, 965).
The facts and procedural history of this case are set forth in this Court's decision and order on a related appeal (see Matter of Dave R. [Rajesh R.], _____ AD3d _____ [decided herewith]). In light of the particular circumstances of this case, including that the Family Court had previously terminated the father's parental rights with respect to the children Dave R., Vanamsha R., and Sia R., the Family Court properly determined, without a hearing, in effect, that it was in the best interests of Dave R., Vanamsha R., and Sia R. to continue their placement with the petitioner and the Commissioner of Social Services of the City of New York (see Matter of Dave R. [Rajesh R.], _____ AD3d _____ [decided herewith]; see also Matter of Hailey ZZ. [Ricky ZZ.], 19 NY3d 422, 438; Matter of Stephen Daniel A. [Sandra M.], 122 AD3d 836, 836).
CONNOLLY, J.P., CHAMBERS, FORD and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court